# In the United States Court of Federal Claims

| | |
|---|---|
| KYLE PIUNTI, ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) | No. 19-1145C<br><br>Filed January 10, 2020 |

## DISMISSAL ORDER

    Plaintiff *pro se* Kyle Piunti commenced this action on August 7, 2019. ECF No. 1. On October 3, 2019, the government filed a motion to dismiss for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims. ECF No. 6. After plaintiff failed to file a timely response, the Court issued a Show Cause Order on December 9, 2019, directing the plaintiff to file his outstanding response to the government's motion to dismiss and to show cause, in writing, as to why he had not timely filed his response by December 20, 2019. ECF No. 11. To date, plaintiff has not filed a response to the government's motion to dismiss or a response to the Court's Show Cause Order.

    In light of the foregoing, the Court: (1) **DIRECTS** the Clerk's office to dismiss the above-captioned matter without prejudice, and (2) **DENIES-AS-MOOT** the government's motion to dismiss.

    **IT IS SO ORDERED.**

*/s/ Lydia Kay Griggsby*
LYDIA KAY GRIGGSBY
Judge